# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVID DELANEY

NO. 2019 KW 0797

**SEP 0 3 2019**

---

In Re:    David Delaney, applying for supervisory writs, 18th Judicial District Court, Parish of Pointe Coupee, No. 67848.

---

**BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.** The Clerk of Court of Point Coupee Parish has no record of receiving a "Motion For Inspection, Production of Document's And For Rule To Show Cause" (allegedly filed on December 15, 2017). Relator should file the motion with the clerk of court of the district court before seeking relief from this court.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

*Peggy J. Landry*

DEPUTY CLERK OF COURT
FOR THE COURT